1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11

GARY L. BEAVERS,

Case No. 2:24-cv-06656-WLH-KES

12

Plaintiff,

13

v.

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE**

14

CMC RAP Panel, et al.,

15

Defendants.

16

17

18

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all

19

the records and files herein, along with the Amended Report and Recommendation

20

of the United States Magistrate Judge (Dkt. 14).  Further, the Court has engaged in

21

a de novo review of those portions of the Report and Recommendation to which

22

objections (Dkt. 18) have been made.  The Court accepts the findings, conclusions,

23

and recommendations of the United States Magistrate Judge.

24

IT IS THEREFORE ORDERED that (1) all claims against Defendants

25

Enriques, Urias, Doe 1, and Doe 2 are dismissed without prejudice but without

26

leave to amend in this action; (2) the official capacity claims against the RAP

27

members are dismissed with prejudice; and (3) the individual capacity claims

28

1   against the RAP members are dismissed without prejudice and with leave to

2   amend.

3        The only Defendants remaining in this action are the eight RAP members:

4   (1) Chief Medical Director Haar; (2) Health Grievance Counselor D. Vo;

5   (3) Health Compliance Analyst C. Raids; (4) Correctional Counselor I.C.

6   Thomasini; (5) Psychologist S. Sindel; (6) Correctional Supervisor Reynoso;

7   (7) Associate Warden Gaughan; and (8) CMC Associate Government Program

8   Analyst K. Lino.  (*See* Dkt. 7 at 3.)

9

10   DATED:  1/29/25                    _____

11                                      HON. WESLEY L. HSU
                                        UNITED STATES DISTRICT JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2