UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY L. BEAVERS,<br>Plaintiff,<br>v.<br>CMC RAP PANEL, et al.,<br>Defendants. | Case No. 2:24-cv-06656-WLH-KES<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 74). No objections to the R&R were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Defendant Vo's motion to dismiss (Dkt. 65) is denied.

DATED: July 21, 2026

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE